UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Tomer Avraham MD Plastic Surgery, PLLC,
Plaintiff(s),

v.

EmblemHealth Plan, Inc.,
Defendant(s).

26-CV-4466 (DEH)

ORDER

DALE E. HO, United States District Judge:

On May 28, 2026, Defendant removed this action from state court. ECF No. 1. On June 2, 2026, this Court issued an Order to Show Cause as to this Court's jurisdiction. ECF No. 5. Before briefing on that Order concluded, Defendant filed a letter indicating it intended to pay Plaintiff the amount in dispute. ECF No. 13. In that letter, Defendant informed the Court that Plaintiff would voluntarily dismiss this action after payment was received. *Id.* Accordingly, on June 22, 2026, this Court signed a stipulation staying this matter for 30 days so Defendant could make the payment. ECF No. 16. It has now been over 50 days since the stay stipulation was issued, and there has been no dismissal or update from the parties on the status of the case.

By **August 20, 2026** the parties shall file a joint status letter with the Court indicating whether Plaintiff intends to voluntarily dismiss this case, and if not, propose a briefing schedule for Plaintiff's response to, and Defendant's reply in support of, Defendant's show cause letter.

SO ORDERED.

Dated: August 13, 2026
New York, New York

DALE E. HO
United States District Judge